**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Ste 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RODGERS, <br><br> Plaintiff, <br><br> JANA DROBINSKY, et al. <br><br> Defendants. | Case No. 18-5925-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff JOHN RODGERS ("Plaintiff") and Defendants JANA DROBINSKY, an individual; ISAURA GALLEGOS, an individual, d/b/a Gallego's (collectively, "Defendants") stipulate through their undersigned counsel and respectfully request that this action be dismissed with prejudice with each side bearing his/her own attorneys' fees, costs, and litigation expenses. The parties further stipulate and request that this Court retain jurisdiction over enforcement of the terms of their settlement agreement in accordance with General Order 56, if such enforcement is necessary.

| 1 | Dated: June 1, 2019 | */s/ Irakli Karbelashvili* |
| 2 | | Irakli Karbelashvili, Attorney for Plaintiff John Rodgers |
| 3 | Dated: May 31, 2019 | */s/ Fred Feller* |
| 4 | | Fred Feller, Attorney for Defendant Jana Drobinsky and Isaura Gallegos |

**Filer's Attestation**

I attest that I received concurrence from Fred Feller, Esq. in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

This action is dismissed with prejudice with each side bearing his/her own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement. The June 21, 2019 Initial Case Management Conference is vacated and the Court Clerk shall close the case file.

Dated: June 3, 2019

United States District Judge